**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Property Disclosure Technologies, LLC, ) | |
| ) | Case No. 6:14-cv-34-JDL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Redfin Corporation, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND FINAL JUDGMENT**

Before the Court is Defendant Redfin Corporation's motion for judgment on the pleadings of invalidity. The motion is **GRANTED**. The claims of the patents-in-suit are invalid as ineligible subject matter under 35 U.S.C. § 101.

It is **ORDERED** that the following claims are found to be invalid:

- Claims 1-20 of U.S. Patent No. 7,584,167
- Claims 1-20 of U.S. Patent No. 7,945,530

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Property Disclosure Technologies, LLC take nothing from Defendant Redfin Corporation.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant's costs of court should be taxed against Plaintiff.