## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **PROPERTY DISCLOSURE** | § | |
| **TECHNOLOGIES, LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:14cv34-JDL** |
| | § | |
| **REDFIN CORPORATION** | § | |

### FINAL JUDGMENT

Pursuant to the Stipulated Motion for Dismissal, the Court hereby enters Final Judgment.

Plaintiff Property Disclosure Technologies, LLC, filed suit against Redfin Corporation on January 21, 2014.  Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 2nd day of December, 2014.**

_____

JOHN D. LOVE

UNITED STATES MAGISTRATE JUDGE